Anne S. Magnelli ISB # 9452
Zachary H. Jones, ISB # 10383
ANDERSON, JULIAN & HULL, LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:        amagnelli@ajhlaw.com
               zjones@ajhlaw.com
               service@ajhlaw.com

Attorneys for Defendants Boise School District,
Fairmont Junior High, and Christopher Ryan

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MEG CHAMPINE, individually, and as natural legal guardian for the Minor Child Plaintiff, IJC, <br><br>Plaintiff, <br><br>vs. <br><br>BOISE SCHOOL DISTRICT; FAIRMONT JUNIOR HIGH, and CHRISTOPHER RYAN and DOES I-X, individuals and/or entities of unknown origin, <br><br>Defendants. | Case No. 1:23-CV-436-DCN <br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE** <br><br>ORAL ARGUMENT REQUESTED |

COME NOW the above-entitled Defendants, BOISE SCHOOL DISTRICT, FAIRMONT JUNIOR HIGH, and CHRIS RYAN, by and through by and through their counsel of record, Anderson, Julian and Hull, LLP and hereby submit this Reply in Support of Defendants' Motion to Consolidate:

### I.     REPLY

Defendants moved to consolidate the cases brought by Plaintiffs Michael Champine and

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 1**

Meg Champine for all purposes, including trial. Defendants also moved to consolidate Michael's and Meg's cases with a third case brought by Plaintiffs Aaron and Amy Hummel, but only for purposes of discovery. In her response, Meg agrees or is not opposed "in principle" with both of these proposed consolidations and raises what could be termed housekeeping matters. As discussed below, Defendants are willing to work with Meg on these matters.

### A.  Consolidating Michael's and Meg's Cases

Meg raises the legitimate concern that she is effectively in the dark as to the status of discovery in Michael's case, meaning that she is unable to assess whether her discovery rights might be prejudiced in some way. As for her first concern, no depositions have been taken in Michael's case, which should allay Meg's concern on this point. Regarding her second concern, Defendants concur with her proposal that the Court adopt the deadline to complete discovery that is currently in place for Meg's case (December 31, 2024), which is the same deadline currently in place for the Hummels' case.

### B.  Consolidating the Hummels' Case Only for Purposes of Discovery

Meg raises a concern about sharing sensitive information about the Champines among all the Plaintiffs. Defendants are not opposed in principle to some sort of protective order that will prevent certain Plaintiffs from receiving sensitive information from other Plaintiffs, so long as the protective order does not prevent Defendants from being able to review all the discovery produced by all the Plaintiffs (i.e. the "attorney-eyes only" designation would not apply to Defendants but only to Plaintiffs). Defendants are also not opposed to allowing documents already produced to be re-designated once a protective order is in place. However, the specific terms of such a protective order may prove to be difficult to draft, given that the Hummels' Complaint appears to rely on facts regarding Michael's and Meg's cases, meaning that the

Hummels might contend they are entitled to certain facts regarding the Champines. In addition, Defendants anticipate that Michael will want to provide input on the scope and terms of such a protective order, given that he would be affected by it. As such, Defendants propose that, along with ordering consolidation, the Court either order a protective order such as that proposed by Meg, and/or order the parties to meet and confer regarding the terms of a protective order along the lines that Meg has proposed.[1]

## II.  CONCLUSION

Given that Meg has not objected in principle to consolidation, Defendants respectfully ask the Court to grant their Motion to Consolidate.

DATED this 30th day of July, 2024.

ANDERSON, JULIAN & HULL LLP

By:  /s/ Anne S. Magnelli
Anne Sullivan Magnelli, Of the Firm
Zachary H. Jones, Of the Firm
Attorneys for Defendants Boise School District, Fairmont Junior High, and Christopher Ryan

---

[1] A protective order is in place in this matter and in the Hummel matter, but could be amended. Michael has opposed the Defendants' Motion for Protective Order in his action, and no protective order is in place in the Michael Champine action at present.

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE - 3**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 30th day of July, 2024, I filed the foregoing **REPLY IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Eric S. Rossman<br>ROSSMAN LAW GROUP<br>350 N. 9th St., Ste. 500<br>Boise, Idaho 83702<br>T: (208) 331-2030<br>E: erossman@rossmanlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ CM/ECF System |
| Andrea J. Rosholt<br>ROSHOLT LAW, PLLC<br>210 Murray St., Suite B<br>Garden City, Idaho 83714<br>T: (208) 901-5198<br>E: andrea@rosholtlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ CM/ECF System |

                                      */s/ Anne S. Magnelli*
                                        Anne Sullivan Magnelli